**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

BARON McGEE                                                                                    PETITIONER

vs.                                                            CIVIL ACTION NO. 3:06-cv-445 HTW-LRA

LAWRENCE KELLY                                                                              RESPONDENT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the motion to dismiss filed by respondent [docket # 11] is granted, and the above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED, this the 24th day of August, 2007.**

                                                                    s/ HENRY T. WINGATE
                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**